[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11035
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 22, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-20928-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOEL JAMES LYNCH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 22, 2009)

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Joel James Lynch, filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record, as well as Lynch's response to counsel's motion to withdraw, reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Lynch's conviction and sentence are **AFFIRMED.**